ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. |
| DONALD JAY DAVIS | § § | **3-11CR0190-K** |

## INFORMATION

Count One
Possession of Methamphetamine With Intent to Distribute
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

The United States Attorney Charges:

On or about December 15, 2008, in the Northern District of Texas, defendant **Donald Jay Davis** did intentionally and knowingly possess with intent to distribute methamphetamine, a Schedule II controlled substance.

A violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

JAMES T. JACKS
UNITED STATES ATTORNEY

*/s/ Chad E. Parham for*
MARK L. NICHOLS
Assistant United States Attorney
State Bar of Texas No.14997700
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

ORIGINAL

*Criminal Case Cover Sheet*

| | |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS** | **Related Case Information** |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   Sealed: ☐ Yes ☒ No

   Related Case Information:
   Superseding Indictment: ☐ Yes ☒ No
   New Defendant: ☒ Yes ☐ No
   Pending CR Case in NDTX: ☐ Yes ☒ No
   Search Warrant Case Number: _____
   Rule 20 from District of: _____
   Magistrate Case Number: 4:09-MJ-205-BF-8

   Defendant Name
   **DONALD JAY DAVIS**
   Alias Name
   Address

   **3-11CR0190-K**

2. **U.S. Attorney Information**

   AUSA Mark L. Nichols

   Bar # TX Bar No. 14997700

3. **Interpreter**

   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

   RECEIVED
   JUL - 6 2011
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF

4. **Location Status**

   Arrest Date: August 20, 2009

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue
   ☐ Summons to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession of Methamphetamine with Intent to Distribute | 1 |

   Date 7-6-11              Signature of AUSA: _____